UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

PEDRO GARCIA,

                                      Defendant.
-------------------------------------------------------------------x

**ORDER**
17 CR 561 (KMW)

KIMBA M. WOOD, District Judge:

     An initial conference on the violation of supervised release will be held on Wednesday, May 22, 2024, at 11:30 a.m.

     SO ORDERED.

Dated: New York, New York
         April 16, 2024

                                                       KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/24