UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against                                                **ORDER**
                                                            17 CR 561 (KMW)

PEDRO GARCIA,

                                Defendant.
------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The conference on the violation of supervised release, currently scheduled for May 22, 2024, is adjourned to June 12, 2024, at 11:30 a.m.

      SO ORDERED.

Dated: New York, New York
          May 8, 2024

                                                            KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE