UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

PEDRO GARCIA,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
17 CR 561 (KMW)

KIMBA M. WOOD, District Judge:

    The conference on the violation of supervised release, currently scheduled for June 12, 2024, is adjourned to Wednesday, July 24, 2024, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
          June 11, 2024

                                                          */s/ Kimba M. Wood*
                                                        KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/24